UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Topush Hacking Corp,

                        Debtor.

-----------------------------------------------------------X
In re:

Phanero Hacking Corp,

                        Debtor.

-----------------------------------------------------------X
In re:

Sice Mois Hacking Corp,

                        Debtor.

-----------------------------------------------------------X
In re:

Lomax Hacking Corp,

                        Debtor.

-----------------------------------------------------------X
In re:

Loup Hacking Corp,

                        Debtor.

-----------------------------------------------------------X

Case No. 1-18-43236-nhl

Chapter 11

Case No. 1-18-43237-nhl

Chapter 11

Case No. 1-18-43238-nhl

Chapter 11

Case No. 1-18-43239-nhl

Chapter 11

Case No. 1-18-43240-nhl

Chapter 11

## ORDER DISMISSING CASES

UPON the motions (the "Motions") of Banco Popular North America as Successor in Interest to Banco Popular de Puerto Rico, as Successor in Interest to Doral Bank (the "Bank"), by and through its counsel, Granoff, Walker & Forlenza, P.C. and Freedman Law, LLC, for orders dismissing the chapter 11 bankruptcy petitions of Lomax Hacking Corp., Loup Hacking Corp., Phanero Hacking Corp., Sice Mois Hacking Corp., and Topush Hacking Corp. (collectively, the

"Debtors") pursuant to Section 1112(b) of the Bankruptcy Code or, alternatively, granting relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code; and good and sufficient notice of the Motions having been provided to all parties-in-interest, as evidenced by the Affidavit of Service filed with the Court; and a hearing on the Motions held on June 28, 2018, at which Aaron Ward, Esq. appeared on behalf of the Debtors, Lee A. Forlenza, Esq. and Terri Jane Freedman, Esq. appeared on behalf of the Bank, and Marylou Martin, Esq. appeared on behalf of the United States Trustee; and due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motions are granted as set forth herein; and it is further

**ORDERED**, that, pursuant to 11 U.S.C. § 1112(b), the above-captioned chapter 11 cases (Case Nos. 18-43236-nhl, 18-43237-nhl, 18-43238-nhl, 18-43239-nhl, and 18-43240-nhl) are dismissed; and it is further

**ORDERED**, that the Debtors shall pay to the United States Trustee the appropriate sum, if any, required pursuant to 28 U.S.C. § 1930 and any applicable interest pursuant to 31 U.S.C. § 3717 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.

**Dated: July 8, 2018**
**Brooklyn, New York**

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**